SEABOARD & ROANOKE RAILROAD Co. *et al. v.* SPENCER, adm'x.

LEWIS, J.   The evidence showing that the plaintiff's injuries resulted from a pure accident, and not from any act of negligence chargeable to the defendants, the verdict in his favor can not be lawfully upheld, and the court erred in not setting it aside.

*Judgment reversed.   All the Justices concurring.*

Argued July 21,— Decided August 8, 1900.

Action for damages.   Before Judge Proffitt.   City court of Elberton.   November term, 1899.

*Erwin & Brown* and *H. J. Brewer*, for plaintiff in error.
*Hoke Smith & H. C. Peeples* and *A. G. McCurry*,   contra.

---

MAYOR AND COUNCIL OF WASHINGTON *v.* CALHOUN.

LEWIS, J.   The evidence in this case was not such as to demand, in the absence of a special request therefor, a charge upon the law of contributory negligence, and it was sufficient to support the verdict.

*Judgment affirmed.   All the Justices concurring.*

Argued July 21,— Decided August 8, 1900.

Action for damages.   Before Judge Reese.   Wilkes superior court.   November term, 1899.

*William Wynne, S. H. Hardeman*, and *Rosser & Carter*, for plaintiff in error.   *Colley & Sims*, contra.